IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Cr. No. C-03-8 |
| | § | C.A. No. C-07-320 |
| MELVA ZARATE, | § | |
|     Defendant. | § | |

### FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The Court enters final judgment dismissing without prejudice defendant Melva Zarate's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 6th day of November, 2007.

_____
Janis Graham Jack
United States District Judge